November 28, 2011

**FILED**

DEC -1 2011

United States District Court
For The Eastern District Of California
CIV. NO. S-11-2039 KJM GGH
Berlin Media Art e.k. Plaintiff
DOES 1-146 Defendants

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Gregory G. Hollows
United States Magistrate Judge

Your Honor,

I am one of the DOES listed in the above titled action. I don't know if this letter is legal or proper but I will explain the reasons for it.

I am retired and I will be celebrating my 70th birthday this week. I do collect social security along with, for a short time more, unemployment compensation (I worked in the café at Borders prior to their bankruptcy). I have no other regular income. I have a small savings account ($2000.00) to cover my burial when the time comes and for emergencies. I am also single. All of my credit cards are close to the maximum. I do not have any pensions other then the above. I do not have any stocks, bonds or any other monies anywhere.

I have lived in the Las Vegas area for the past 11+ years. Prior to that I lived in CA. for approximately 30 years. Prior to that I lived in CT. I have no criminal record in my past in these states or any other.

Unfortunately, living in Las Vegas, I have had numerous friends and relatives staying with me in my apartment, approximately 9 years at this address, over the years. After receiving the above I requested my current guests to leave and will not allow any others in the future. They will stay in a hotel from now on.

I also have had two major viruses on my computer over the past number of months that required outside assistance to remove. These were done by a company called Plum Choice utilizing the technology available through the internet to access my computer.

Why am I detailing my personal life? At my age I have no need to view pornographic material. I personally did not download the mentioned film. It might have been done by one or more of my guests or my ISP was hacked. Regardless, I understand that ultimately I will be responsible. All of the facts above can be checked through a credit or criminal check. This will also prove that I have not withdrawn any large sums of money.

I am throwing myself at your mercy that you will, if possible, make a judgment as small as possible as I don't have any spare funds as you will determine. Having never faced anything illegal in my lifetime, I am not quite sure what to do. I contacted over seven attorneys and they all estimated a cost in excess of $10,000.00 to fight this, especially in another state. I also appealed to a few free groups, but was ignored. A few attorneys suggested that I take this means as an alternative.

Finally, I repeat that I throw myself at your mercy and you will take the above, after confirming what I have detailed, into consideration when you make your judgment. As I stated previously, I understand that I will be personally liable for whatever judgment you deliver. I will make payments within my means as I have no desire, at my age, to declare bankruptcy. You also have my permission to share this with the attorney, Scott Hervey, for the Plaintiff or whomever you deem necessary.



*[signature]*

Lewis J Price
2101 W Warm Springs Road  #3221
Henderson, NV 89014


cc: Kimberly J. Mueller
     Presiding Judge