Scott Hervey, State Bar No. 180188
Scott Plamondon, State Bar No. 212294
**weintraub Genshlea chediak**
**tobin & tobin**
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, California   95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Plaintiff
Berlin Media Art e.k.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERLIN MEDIA ART e.k.<br><br>　　Plaintiff,<br><br>　　vs.<br><br>DOES 1 through 146, inclusive,<br><br>　　Defendants. | Case No.: 2:11-CV-2039-KJM-GGH<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>**(As to Does 1, 2, 61, 62, 63, 64 & 65)** |

Plaintiff, BERLIN MEDIA ART e.k., hereby dismisses the following Does, with prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A).  No answer has been filed by any defendant.

Doe No. 1; IP Address 70.40.141.204

Doe No. 2; IP Address 97.91.92.193

Doe No. 61; IP Address 31.28.197.72

Doe No. 62; IP Address 31.133.236.183

Doe No. 63; IP Address 66.249.56.130

Doe No. 64; IP Address 98.183.49.130

1 | Doe No. 65; IP Address 65.183.185.157
2 |
3 | Dated: February 17, 2012
4 |
5 |
6 |
7 |
8 |
9 |
10 |
11 |
...
28 |

Dated: February 17, 2012        **weintraub** genshlea chediak
                                **tobin** & tobin
                                LAW CORPORATION

By:    /Scott M. Hervey/
       Scott M. Hervey, State Bar No. 180188
       Attorneys for Plaintiff