March 18, 2012
United States District Court
For The Eastern District of California
CIV 2:11-cv-02039-KJM-GGH
Berlin Media Art e.k Plaintiff
Does 1-146 Defendants

Kimberly J Mueller
Presiding Judge


**FILED**
MAR 22 2012
CLERK
EASTERN DIST. OF COURT
CALIFORNIA
BY _____
DEPUTY CLERK

Your Honor:

I have recently learned that I will soon be named as one of the DOES in a potential lawsuit by representatives of German Pornographic film maker Berlin Media Art.

Upon receiving a notification from my Internet Provider I was shocked to say the least and very anxious about the situation. I routinely fix computers of friends and family members that have systems infected with spyware and viruses from BitTorrent sites on my home network which is where I assume these accusations have originated. I guess I have just learned the hard way that no good deed ever goes unpunished.

I have spoken with Legal counsel in my area that was recommend by EFF (www.eff.org) on what to expect next after my initial notification and it looks like after my information is released to the plaintiff, I will soon thereafter receive threatening letters and phone calls of a potential settlement offer or risk being named in a lawsuit. It is my opinion that these practices are predatory in nature due to the age we live in where Google searches are done by every potential employer. It is my feeling that nobody wants their good name associated with Pornographic material because of an IP Address issued by an ISP.

Based on discussions with counsel and numerous hours spent researching my similar predicament shared by thousands of other Americans it pains me to learn that I may fall victim to this type of practice initiated by the plaintiff. I have never in my life needed to speak with an attorney and have always been a law abiding citizen so this has been a very stressful time in my life learning that I may fall victim in these tough economic times to civil justice system.

In conclusion, I hope that you will show leniency on the 146 DOES named in this case. Being that I work in the computer industry I realize that I should have been more careful when fixing friends and family members computers on my home computer network. However, I don't feel that I should fall victim to someone trying to exploit and intimidate me to make a quick buck. The justice system is intimidating for us Average Americans, and the stress that defending ourselves could bankrupt my family's future is almost more than I can bear. I am sure that the plaintiff is counting on this when filing this lawsuit.

My apologies for not signing this letter personally, however I would like to remain anonymous for as long as possible.

Respectfully,

John Doe