Scott Hervey, State Bar No. 180188
Scott Plamondon, State Bar No. 212294
**weintraub genshlea chediak**
**tobin & tobin**
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, California  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Plaintiff
Berlin Media Art e.k.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERLIN MEDIA ART e.k.<br><br>   Plaintiff,<br><br>vs.<br><br>DOES 1 through 146, inclusive,<br><br>   Defendants. | Case No.: 2:11-CV-2039-KJM-GGH<br><br>**STATUS REPORT**<br><br>Date:       May 3, 2012<br>Time:      1:30 p.m.<br>Place:     Courtroom 9<br>Judge:    Judge Gregory G. Hollows<br><br>Complaint Filed: August 1, 2011 |

**TO U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:**

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure ("FRCP"), and the Order Setting Status (Pretrial Scheduling Conference), Plaintiff Berlin Media Art e.k. ("Plaintiff") hereby submits this Status Report to the Court:[1]

---

[1] FRCP 26(f) contemplates a meeting between Plaintiff and Defendants resulting in a jointly-prepared status conference statement filed with the Court.  Because the identities of Defendants are not known at this time, Plaintiff has been unable to work with any Defendant to prepare a joint statement, and is therefore unable to satisfy each of the specific requirements of the Rule. Plaintiff continues to work with the various Internet Service Providers to learn the identities of each Defendant and therefore provides the Court with this Status Update regarding its progress.

## Nature of the Case

This is a copyright infringement action. Plaintiff is the owner of the United States copyright in the motion picture titled Sabrina Trifft Auf Sperma (the "Motion Picture"). By its Complaint, Plaintiff alleges that Defendants, and each of them, (Does 1-146) engaged in the distribution of the Motion Picture via one or more peer to peer ("P2P") networks through the use of the software which operates using the BitTorrent protocol.

At the time the Complaint was filed, Plaintiff did not know the names of the Doe Defendants, but has identified each Defendant by the IP address assigned by his or her Internet Service Provider ("ISP) on the date and at the time at which each Defendant's infringing activity was observed. The true names of Defendants were unknown to Berlin Media at the time of filing the Complaint. Because Plaintiff is currently unaware of the true identity of the Doe Defendants, Plaintiff is unable to provide the Court with a joint status report at this time. Therefore, Plaintiff provides the Court with the following status update regarding its progress in learning the identity of each Defendant and effectuating service of the Complaint upon each of them.

### A.   Procedural History

On August 1, 2011 Plaintiff filed a Complaint for copyright infringement against several Doe Defendants. On August 4, 2011, Plaintiff filed a Motion for Expedited Discovery. On August 12, 2011, the Court granted Plaintiff's Motion for Expedited Discovery. In or about September 2011, Plaintiff served subpoenas for information on various internet providers to obtain identifying information for each IP address.

The Status Conference (Pretrial Scheduling) scheduled for December 7, 2011 was vacated and reset for February 2, 2012 and thereafter was again vacated and reset for May 3, 2012.

On February 21, 2012, Plaintiff dismissed Doe Nos. 1, 2, 61-65.

### B.   Status of Service of Subpoenas on the Internet Service Providers

The following internet providers were served with subpoenas for information:

- Comcast Cable

- Qwest Communications
- Road Runner/ Time Warner
- SBC Internet
- Sprint PCS
- Verizon Internet Services

Plaintiff has received responses from some of the above-listed internet service providers and is awaiting responses to the subpoenas from others. For those internet service providers who have provided Plaintiff with the identifying information for the IP addresses, Plaintiff is in the process of contacting each identified infringer regarding this infringing activity and to determine the appropriate method of effectuating service of process.

C. <u>Anticipated Motions with Suggested Dates</u>

Plaintiff anticipates it will amend its Complaint within the next sixty (60) days to individually name each Defendant who has been identified by the internet service provider.

Dated: April 25, 2012      **weintraub** genshlea chediak
                           **tobin** & tobin
                           LAW CORPORATION


                           By:    /s/    Scott M. Plamondon
                                  Scott M. Plamondon,
                                  State Bar No. 212294

                                  Attorneys for Plaintiff