IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Berlin Media Art  e.k.

        Plaintiff,                  No.  2:11-cv-2039 KJM GGH

        vs.

DOES 1-146                         <u>ORDER</u>

        Defendants.

_____/

        On May 3, 2012, a scheduling conference was held in the above captioned case. No defendants appeared as they have not been identified in the docket of this case.  Plaintiff informed the court that it is still in the process of identifying Doe defendants.

        Plaintiff shall have an additional forty-five (45) days in which to identify in an amended complaint the present  Doe defendants.  Service of those defendants shall be made within thirty days (30) of the expiration of the 45 day period.

        After the expiration of the 45 day period in which to file an amended complaint, no further amendments to the complaint adding identified defendants will be approved.

        A further scheduling conference will be held with all parties before the undersigned on August 16, 2012 at 1:30 p.m. Each party shall file an *individual* scheduling

\\\\\

\\\\\

1 statement in accordance with the previous format ordered by the court.  <u>See</u> Order of August 2, 2011.

DATED: May 8, 2012

        /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE