Scott Hervey, State Bar No. 180188
Scott Plamondon, State Bar No. 212294
**weintraub genshlea chediak**
**tobin & tobin**
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, California   95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Plaintiff
Berlin Media Art e.k.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERLIN MEDIA ART e.k. | Case No.: 2:11-CV-2039-KJM-GGH |
| Plaintiff, | **REQUEST FOR DISMISSAL WITHOUT PREJUDICE** |
| vs. | |
| DOES 1 through 146, inclusive, | Judge:     Judge Gregory G. Hollows |
| Defendants. | Complaint Filed: August 1, 2011 |

**TO U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA:**

This is a copyright infringement action.  Plaintiff is the owner of the United States copyright in the motion picture titled Sabrina Trifft Auf Sperma (the "Motion Picture").  By its Complaint, Plaintiff alleges that Defendants, and each of them (Does 1-146), engaged in the distribution of the Motion Picture via one or more peer to peer ("P2P") networks through the use of the software which operates using the BitTorrent protocol.

At the time the Complaint was filed, Plaintiff did not know the names of the Doe Defendants, but has identified each Defendant by the IP address assigned by his or her Internet Service Provider ("ISP") on the date and at the time at which each Defendant's infringing

1  activity was observed.

2      After learning the true identities of the Doe Defendants, Plaintiff determined that no Doe
3  Defendant resides within this Court's jurisdiction.  Therefore Plaintiff requests dismissal of this
4  entire action, without prejudice.  No defendant has answered Plaintiff's Complaint.

6  Dated: June 11, 2012        **weintraub** genshlea chediak
7                                              **tobin** & tobin
                                            LAW CORPORATION

9                           By:    /s/    Scott M. Plamondon
10                                   Scott M. Plamondon,
                                  State Bar No. 212294

11                                   Attorneys for Plaintiff