Scott Hervey, State Bar No. 180188
Scott Plamondon, State Bar No. 212294
**weintraub genshlea chediak**
**tobin & tobin**
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, California  95814
(916) 558-6000 – Main
(916) 446-1611 – Facsimile

Attorneys for Plaintiff
Berlin Media Art e.k.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERLIN MEDIA ART e.k.,<br><br>　　　Plaintiff,<br><br>vs.<br><br>DOES 1 through 146, inclusive,<br><br>　　　Defendants. | Case No.: 2:11-CV-2039-KJM-GGH<br><br>**PROOF OF SERVICE OF REQUEST FOR DISMISSAL WITHOUT PREJUDICE** |

BERLIN MEDIA ART e.k. v. DOES 1 through 146, inclusive
United States District Court, Eastern District, Case No. 2:11-CV-2039-KJM-GGH

## PROOF OF SERVICE

I am a citizen of the United States, employed in the City and County of Sacramento, California. My business address is 400 Capitol Mall, Eleventh Floor, Sacramento, California 95814. I am over the age of 18 years and not a party to the within action. On today's date, I caused to be served the following:

## PROOF OF SERVICE OF REQUEST FOR DISMISSAL WITHOUT PREJUDICE

☑ I am readily familiar with the firm's practice of collection and processing correspondence for mailing in the ordinary course of business. Under this practice, correspondence is collected, sealed, postage thereon fully prepaid, and deposited the same day with the U. S. Postal Service.

☑ I caused the above documents to be served on the parties in this action by placing them in a sealed envelope in the designated area for outgoing mail, addressed as shown below.

☐ I caused the above documents to be personally delivered to the addressee(s) set forth below.

☐ I caused the above documents to be served on the parties in this action by causing them to be delivered via Federal Express, for next-day delivery to the addressee(s) set forth below.

☐ I caused the above documents to be served on the parties in this action by transmitting them via facsimile to the addressee(s) indicated below.

☐ I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. (Federal)

Lewis J. Price
2101 W. Warm Springs Road
Siote 3221
Henderson, NV   89014

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 25, 2012, Sacramento, California.

/s/ Alma P. Martinez
Alma P. Martinez